# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2910
LT Case No. 2018-CF-001386

_____

GAUDENCIO HERNANDEZ, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 3, 2023

PER CURIAM.

   AFFIRMED.

MAKAR, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____